UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

GHEORGHE GHEORGHITA,

    Petitioner,

v.    Case No. 2:03-cv-151
    HON. ROBERT HOLMES BELL

LINDA METRISH,

    Respondent.
_____/

**ORDER AND JUDGMENT**
**APPROVING REPORT AND RECOMMENDATION**

    The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

    THEREFORE, IT IS ORDERED that:

    1.    The Report and Recommendation of the Magistrate Judge (Docket #25) is approved and adopted as the opinion of the Court.

    2.    The petition for writ of habeas corpus is dismissed with prejudice. Petitioner is denied a certificate of appealability should he file an appeal of this judgment.

Date:    June 30, 2005        /s/ Robert Holmes Bell
                                                        ROBERT HOLMES BELL
                                                        CHIEF UNITED STATES DISTRICT JUDGE